IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ANTWAIN WASHINGTON,<br>Register No. 531805, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | No. 07-4231-CV-C-SOW |
| SERGEANT REED, et al., | )<br>)<br>) | |
| Defendants. | ) | |

### ORDER

On January 4, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendants Larry Crawford, Dave Dormire and Correctional Medical Services. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 4, 2008, is adopted. [4] It is further

ORDERED that plaintiff's claims against defendants Larry Crawford, Dave Dormire and Correctional Medical Services are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: February 27, 2008