IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ANTWAIN WASHINGTON, ) | | |
| Register No. 531805, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. 07-4231-CV-C-SOW | |
| ) | | |
| SERGEANT REED, et al., ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER

On April 28, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's claims against defendants Moeller, Clad, Pierce, Jarvis and Bruemmer, and claims for events that occurred after October 10, 2006, be dismissed, without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies. Judge Knox further recommended that defendants' motion to dismiss for failure to state a claim be denied with respect to events that occurred on or before October 10, 2006. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of April 28, 2008, is adopted. [26] It is further

ORDERED that plaintiff's claims against defendants Moeller, Clad, Pierce, Jarvis and Bruemmer, and claims for events that occurred after October 10, 2006, are dismissed, without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies. [11] It is further

ORDERED that defendants' motion to dismiss is denied with respect to events that occurred on or before October 10, 2006.  [11]

        /s/ Scott O. Wright

SCOTT O. WRIGHT
Senior United States District Judge

Dated:  ___5/29/2008_____
Kansas City, Missouri