IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ANTWAIN WASHINGTON,<br>Register No. 531805, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | No. 07-4231-CV-C-SOW |
| SERGEANT REED, et al., | )<br>)<br>) | |
| Defendants. | ) | |

### ORDER

On September 17, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendants Reed and Hovis. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of September 17, 2008, is adopted. [65] It is further

ORDERED that defendants' motion to dismiss is granted, and plaintiff's claims against defendants Reed and Hovis are dismissed, without prejudice, pursuant to 42 U.S.C. § 1997e(a). [24]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: October 14, 2008