# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ANTWAIN WASHINGTON, Register No. 531805, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 07-4231-CV-C-SOW ) |
| DR. JACQUES LAMOUR, et al., | ) ) |
| Defendants. | ) |

## ORDER

On October 28, 2008, United States Magistrate Judge William A. Knox recommended that the motion of Correctional Medical Services defendants Melissa Jaegers, Jacques Lamour and Edith Vogel to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 28, 2008, is adopted. [72] It is further

ORDERED that the motion of Correctional Medical Services defendants Melissa Jaegers, Jacques Lamour and Edith Vogel to dismiss is denied. [46]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: November 25, 2008